1  Alan S. Wolf, Bar No. 94665
   Daniel K. Fujimoto, Bar No. 158575
2  THE WOLF FIRM, A Law Corporation
   2955 Main Street, Second Floor
3  Irvine, CA 92614
   Tel (949) 720-9200
4  Fax (949) 608-0128

5  Attorneys for Movant
   U.S. Bank National Association, as Trustee, on behalf of the
6  holders of the Terwin Mortgage Trust 2006-7 Asset-Backed
   Certificates, TMTS Series 2006-7
7

8                  **UNITED STATES BANKRUPTCY COURT**

9                  **NORTHERN DISTRICT OF CALIFORNIA**

10

    In Re:                                    )   CASE: 09-45235TM
11                                            )
    JOSE GUADALUPE GONZALEZ VELAZQUEZ         )   CHAPTER 7
12  aka JOSE G. GONZALEZ VELAZQUEZ aka        )
    JOSE G. GONZALEZ aka JOSE GONZALEZ        )   REF.: ASW-586
13  and GABRIELA GONZALEZ                     )
                                              )   MOTION FOR RELIEF FROM
14            Debtors.                        )   THE AUTOMATIC STAY
                                              )   AND DECLARATION OF
15                                            )   JO-ANN GOLDMAN IN
                                              )   SUPPORT THEREON
16                                            )
                                              )   DATE: 8/14/09
17                                            )   TIME: 11:00 am
                                              )   CTRM: 201
18                                            )   U.S. Bankruptcy Court
                                              )   1300 Clay Street
19  _____        )   Oakland, California

20

21        The Motion of U.S. Bank National Association, as

22  Trustee, on behalf of the holders of the Terwin Mortgage

23  Trust 2006-7 Asset-Backed Certificates, TMTS Series 2006-7

24  respectfully shows as follows:

25        1.   This Court has jurisdiction over this proceeding

26  pursuant to 28 U.S.C. Sections 157 and 1334.

27

Matter I.D. 6401-5594

1      2.   On June 15, 2009, a petition under Chapter 7 of the

2    Bankruptcy Code was filed by the Debtors.

3      3.   PAUL MANSDORF is the Chapter 7 Trustee for this

4    case.

5      4.   Movant is, and at all times herein mentioned was a

6    corporation organized and existing under the laws of the

7    United States.

8      5.    Movant is the beneficiary under a Deed of Trust

9    which secures a Promissory Note ("Note") in the principal

10   sum of $536,000.00, with the Note all due and payable on

11   December 1, 2035.  The Note and Deed encumber real property

12   commonly known as:

13

       33762 Colgate Drive, Union City, CA 94587 ("Property")
14

15   and legally described as set forth in the Deed of Trust,

16   which is  attached to the Declaration of JO-ANN GOLDMAN.

17     6.   The beneficial interest under the Deed of Trust is

18   currently held by Movant.  See Declaration of JO-ANN

19   GOLDMAN.

20     7.   There was a default under the terms of the Note and

21   Deed of Trust and on February 24, 2009, Movant caused to be

22   recorded a Notice of Default and Election to Sell.

23     8.   On May 27, 2009, Movant caused to be recorded a

24   Notice of Sale.

25     9.   The Property is Debtors' principal residence.

26

27

Matter I.D. 6401-5594

1    10.  As of July 7, 2009, the Debtors have failed to

2    tender 12 of the contractual payments which have fallen due

3    under the Note and Deed of Trust.

4    11.  The total amount due under Movant's Note and Deed

5    of Trust as of July 7, 2009, exclusive of attorneys fees and

6    costs, was approximately $577,288.80.  See Statement of

7    Indebtedness attached hereto as Exhibit "1".

8    12.  The Property is also encumbered by additional

9    liens and arrearages which, when added to Movant's lien and

10    arrearages, total approximately $728,393.75.

11    13.  Movant requests the Court take Judicial Notice

12    that the Debtors' Schedule "A" provides the fair market

13    value of the Property is approximately $436,500.00.  A true

14    and correct copy of Schedule "A" is attached hereto as

15    Exhibit "2" and incorporated by reference.

16    14.  Movant requests the Court take Judicial Notice

17    that the Debtors' Schedule "D" reflects the Property is

18    encumbered by four additional liens.  A true and correct

19    copy of the Debtors' Schedule "D" is attached hereto as

20    Exhibit "3" and incorporated by reference.

21    15.  Movant requests the Court take Judicial Notice

22    that the Debtors' Statement of Intentions provides the

23    Property is to be surrendered.  A true and correct copy of

24    the Statement of Intentions is attached hereto as Exhibit

25    "4" and incorporated by reference.

26    16.  Due to the liens, encumbrances and arrearages

27    existing against the Property, and due to current market

Matter I.D. 6401-5594

1  trends and costs of sale, the Debtors do not have any equity

2  in the Property.

3      17.  The Debtors have no reasonable prospect for

4  reorganization and the Property is not necessary for an

5  effective reorganization.

6      18.  Movant does not have, and has not been offered,

7  adequate protection for its interest in the Property and the

8  passage of time will result in irreparable injury to

9  Movant's interest in the Property including, but not limited

10 to, loss of interest and opportunity.

11     19.  For all the reasons set forth herein, there is

12 cause for relief from stay including, but not limited to,

13 lack of adequate protection and the Debtors' failure to make

14 the required Deed of Trust payments.

15     WHEREFORE, Movant prays for the judgment against

16 Respondents as follows:

17     (1)  That the automatic stay be terminated so that

18 Movant may exercise or cause to be exercised any and all

19 rights under its Note and/or Deed of Trust and any and all

20 rights after the foreclosure sale, including, but not

21 limited to, the right to consummate foreclosure proceedings

22 on the property and the right to proceed in unlawful

23 detainer;

24     (2)  For reasonable attorneys' fees as a secured claim

25 under 11 U.S.C. Section 506(b);

26     (3)  That any relief from stay granted Movant be deemed

27 binding and of full force and effect in any pending or

1  future case filed by any entity that claims any interest in

2  the property;

3       (4)  For the waiver of the 10 day stay pursuant to

4  Bankruptcy Rule 4001(a)(3).

5       (5)  For reasonable attorneys' fees and costs;

6       (6)  For costs incurred or expended in suit herein; and

7       (7)  For such other and further relief as the Court

8  deems just and proper.

9  Dated:  July 24, 2009

10

                              /s/ Alan Steven Wolf
11                            ALAN STEVEN WOLF
                              Attorneys for Movant
12                            U.S. Bank National Association, as
                              Trustee, on behalf of the holders of
13                            the Terwin Mortgage Trust 2006-7
                              Asset-Backed Certificates, TMTS
14                            Series 2006-7

15

16

17

18

19

20

21

22

23

24

25

26

27

Matter I.D. 6401-5594

# EXHIBIT 1

## MOVANT'S STATEMENT OF INDEBTEDNESS

Debtors:            GONZALEZ VELAZQUEZ
CASE NO.:           09-45235TM
PROPERTY ADDRESS:   33762 Colgate Drive
                    Union City, CA  94587

A.  APPROX. PRINCIPAL DUE AS OF July 7, 2009:
1st trust deed Select Portfolio          =  $        538,948.00
2nd trust deed CitiMortgage              =  $        131,974.75
Property Taxes                           =  $         19,130.20
                                   TOTAL =  $        690,052.95

B. APPROX. DELINQUENCY ON ABOVE INDEBTEDNESS AS OF 07/07/09:
Movant's first trust deed payments and late charges:

12    payment(s) at       $      2,964.21     =  $        35,570.52

                        Accrued Late Charges $           444.63
                        Recoverable Balance $          2,325.65
                                    TOTAL $          38,340.80

C.  VALUE OF PROPERTY:                         $        436,500.00
D.  LESS TOTAL OF PRINCIPAL AND DELINQUENCY:   $        728,393.75

E.  GROSS EQUITY (D-C)*:                       $       -291,893.75

* Note:  The gross equity, if any, will be further diminished
  by current market conditions and costs of sale.

# EXHIBIT 2

.

In re    **Jose Guadalupe Gonzalez Velazquez,**                              Case No. _____
         **Gabriela Gonzalez**
_____ ,
                                                    Debtors
## SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **33762 Colgate Drive**<br>**Union City, CA 94587-3320**<br>**(debtors intend to surrender this property)** | **Primary Residence** | **C** | **436,500.00** | **690,052.95** |

|  |  |  |
|---|---|---|
| Sub-Total > | **436,500.00** | (Total of this page) |
| Total > | **436,500.00** |  |

**0**  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

# EXHIBIT 3

In re   **Jose Guadalupe Gonzalez Velazquez,**          Case No. _____
          **Gabriela Gonzalez**

_____,
                           Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **32455L32** <br><br> **Bay Cities Credit Union** <br> **22777 Main St** <br> **PO Box 30** <br> **Hayward, CA 94543** | | H | **Approximately 11/2005** <br><br> **Auto Loan** <br><br> **2001 Honda Odyssey 75,000 miles** <br> Value $    **7,165.00** | | | | **3,021.09** | **0.00** |
| Account No. **0770951228-4** <br><br> **Citi Mortgage** <br> **PO BOX 6006** <br> **The Lakes, NV 88901-6006** | | C | **Approximately 11/2005** <br> **Second Position Line of Credit** <br> **33762 Colgate Drive** <br> **Union City, CA 94587-3320** <br> **(debtors intend to surrender this property)** <br> Value $    **436,500.00** | | | | **131,974.75** | **131,974.75** |
| Account No. **486-57-9** <br><br> **Donald White, Treasurer & Tax Collector** <br> **1221 Oak Street** <br> **Oakland, CA 94612-4285** | | C | **2007-2008** <br> **Property Tax** <br> **33762 Colgate Drive** <br> **Union City, CA 94587-3320** <br> **(debtors intend to surrender this property)** <br> Value $    **436,500.00** | | | | **8,777.74** | **8,777.74** |
| Account No. **486-57-9** <br><br> **Donald White, Treasurer & Tax Collector** <br> **1221 Oak Street** <br> **Oakland, CA 94612-4285** | | C | **2008-2009** <br> **Property Tax** <br> **33762 Colgate Drive** <br> **Union City, CA 94587-3320** <br> **(debtors intend to surrender this property)** <br> Value $    **436,500.00** | | | | **7,674.58** | **7,674.58** |
| **_1_**___ continuation sheets attached | | | Subtotal <br> (Total of this page) | | | | **151,448.16** | **148,427.07** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                Best Case Bankruptcy

In re    **Jose Guadalupe Gonzalez Velazquez,**           Case No. _____
          **Gabriela Gonzalez**

_____ ,
                            Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community — H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **486-57-9** <br><br> **Donald White, Treasurer & Tax Collector** <br> **1221 Oak Street** <br> **Oakland, CA 94612-4285** | | C | **2005-2006** <br> **Property Tax** <br> **33762 Colgate Drive** <br> **Union City, CA 94587-3320** <br> **(debtors intend to surrender this property)** | | | | | |
| | | | Value $      **436,500.00** | | | | **2,677.88** | **2,677.88** |
| Account No. **0011202660** <br><br> **SPS Select Portfolio Servicing, INC.** <br> **PO BOX 65250** <br> **Salt Lake City, UT 84165-0250** | | C | **Approximately 11/2005** <br> **1st Mortgage** <br> **33762 Colgate Drive** <br> **Union City, CA 94587-3320** <br> **(debtors intend to surrender this property)** | | | | | |
| | | | Value $      **436,500.00** | | | | **538,948.00** | **102,448.00** |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |

Sheet **1** of **1** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | **541,625.88** | **105,125.88** |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | **693,074.04** | **253,552.95** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                        Best Case Bankruptcy

# EXHIBIT 4

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of California

In re **Jose Guadalupe Gonzalez Velazquez**
**Gabriela Gonzalez**
_____ Case No. _____
Debtor(s)                        Chapter    **7** _____

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**Bay Cities Credit Union** | **Describe Property Securing Debt:**<br>**2001 Honda Odyssey 75,000 miles** |

Property will be (check one):
☐ Surrendered          ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
■ Other.  Explain  **Debtor will retain collateral and continue to make regular payments.**  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
■ Claimed as Exempt          ☐ Not claimed as exempt

| Property No. 2 | |
|---|---|
| **Creditor's Name:**<br>**Citi Mortgage** | **Describe Property Securing Debt:**<br>**33762 Colgate Drive**<br>**Union City, CA 94587-3320**<br>**(debtors intend to surrender this property)** |

Property will be (check one):
■ Surrendered          ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt          ■ Not claimed as exempt

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**Donald White, Treasurer & Tax Collector** | **Describe Property Securing Debt:**<br>**33762 Colgate Drive**<br>**Union City, CA 94587-3320**<br>**(debtors intend to surrender this property)** |

Property will be (check one):
    ■ Surrendered             ☐ Retained

If retaining the property, I intend to (check at least one):
    ☐ Redeem the property
    ☐ Reaffirm the debt
    ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    ☐ Claimed as Exempt           ■ Not claimed as exempt

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br>**Donald White, Treasurer & Tax Collector** | **Describe Property Securing Debt:**<br>**33762 Colgate Drive**<br>**Union City, CA 94587-3320**<br>**(debtors intend to surrender this property)** |

Property will be (check one):
    ■ Surrendered             ☐ Retained

If retaining the property, I intend to (check at least one):
    ☐ Redeem the property
    ☐ Reaffirm the debt
    ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    ☐ Claimed as Exempt           ■ Not claimed as exempt

| Property No. 5 | |
|---|---|
| **Creditor's Name:**<br>**Donald White, Treasurer & Tax Collector** | **Describe Property Securing Debt:**<br>**33762 Colgate Drive**<br>**Union City, CA 94587-3320**<br>**(debtors intend to surrender this property)** |

Property will be (check one):
    ■ Surrendered             ☐ Retained

If retaining the property, I intend to (check at least one):
    ☐ Redeem the property
    ☐ Reaffirm the debt
    ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    ☐ Claimed as Exempt           ■ Not claimed as exempt

| Property No. 6 | |
|---|---|
| **Creditor's Name:**<br>**SPS Select Portfolio Servicing, INC.** | **Describe Property Securing Debt:**<br>**33762 Colgate Drive**<br>**Union City, CA 94587-3320**<br>**(debtors intend to surrender this property)** |

Property will be (check one):

■ Surrendered                                    ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt                              ■ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES          ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  **June 15, 2009** _____          Signature  **/s/ Jose Guadalupe Gonzalez Velazquez** _____
                                                                        **Jose Guadalupe Gonzalez Velazquez**
                                                                        Debtor

Date  **June 15, 2009** _____          Signature  **/s/ Gabriela Gonzalez** _____
                                                                        **Gabriela Gonzalez**
                                                                        Joint Debtor