**Entered on Docket**
**August 19, 2009**
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed: August 17, 2009

_____
**LESLIE TCHAIKOVSKY**
**U.S. Bankruptcy Judge**

Alan Steven Wolf, Bar No. 94665
Daniel Fujimoto, Bar No. 158575
THE WOLF FIRM, A Law Corporation
2955 Main Street, Second Floor
Irvine, CA  92614
(949) 720-9200 Telephone
(949) 608-0128 Fax
Alan.Wolf@wolffirm.com

Attorneys for Movant
U.S. Bank National Association,
as Trustee, on behalf of the
holders of the Terwin Mortgage
Trust 2006-7 Asset-Backed
Certificates, TMTS Series 2006-7

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In Re:<br><br>JOSE GUADALUPE GONZALEZ VELAZQUEZ aka JOSE G. GONZALEZ VELAZQUEZ aka JOSE G. GONZALEZ aka JOSE GONZALEZ and GABRIELA GONZALEZ<br><br>Debtors.<br>_____ | CASE: 09-45235TM<br><br>CHAPTER 7<br><br>REF.: ASW-586<br><br>ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY<br><br>DATE: 08/14/09<br>TIME: 11:00am<br>CTRM: 201<br>U.S. Bankruptcy Court<br>1300 Clay Street<br>Oakland, California |

A MOTION FOR RELIEF FROM THE AUTOMATIC STAY in this case having been filed by U.S. Bank National Association, as Trustee, on behalf of the holders of the Terwin Mortgage Trust 2006-7 Asset-Backed Certificates, TMTS Series 2006-7, and having come to be heard before the HONORABLE LESLIE TCHAIKOVSKY, UNITED STATES BANKRUPTCY JUDGE, on August 14, 2009, Movant appearing by its attorneys THE WOLF FIRM, and there being no pleading in opposition nor appearance by the

Matter I.D. 6401-5594

1 Trustee or the Debtors, and the Court, having read the
2 various pleadings, documents and proceedings, and service
3 having been made, and after due deliberation, does make its
4 order as follows:
5    IT IS ORDERED that with respect to the real property
6 commonly known as 33762 Colgate Drive, Union City, CA 94587,
7 and more fully described as follows:
8        SEE DOCUMENT NO. 2005502909 RECORDED IN
9        THE OFFICIAL RECORDS OF ALAMEDA COUNTY ON
10       11/23/2005
11 Movant and its agents and successors are relieved of the
12 automatic stay, and said stay is immediately terminated, so
13 that Movant and its agents and successors may exercise or
14 cause to be exercised any and all rights under its Note
15 and/or Deed of Trust and any and all rights after
16 foreclosure sale, including, but not limited to, the right
17 to commence and/or consummate foreclosure proceedings on the
18 property and the right to proceed in any action to obtain
19 possession of the property.
20    IT IS FURTHER ORDERED that the 10 day stay pursuant to
21 rule 4001(a)(3) is hereby waived.
22                    ** END OF ORDER **

Matter I.D. 6401-5594

COURT SERVICE LIST

Debtor:
JOSE GUADALUPE GONZALEZ VELAZQUEZ
33762 Colgate Drive
Union City, CA 94587

Debtor:
GABRIELA GONZALEZ
33762 Colgate Drive
Union City, CA 94587

Chapter 7 Trustee:
PAUL MANSDORF
1563 Solano Avenue, #703
Berkeley, CA  94707

Debtors' Counsel
BARBARA A. SMART
Smart Legal Services
22693 Hesperian Blvd. #210
Hayward, CA 94541

U.S. TRUSTEE
1301 Clay Street, Ste 690-N
Oakland, CA 94612

The Wolf Firm
2955 Main Street, 2nd Floor
Irvine, CA 92614

Matter I.D. 6401-5594